Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Roger Randolph

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roger Randolph, | Case No. 2:18-cv-00449-RFB-VCF |
| Petitioner, | **Motion for extension of time to file second amended petition** |
| v. | |
| Jo Gentry, *et al.*, | **(First request)** |
| Respondents. | |

On June 19, 2018, Roger Randolph filed, through counsel, an amended petition for writ of habeas corpus.[1] This Court granted Randolph leave to file a second amended petition.[2] Randolph, by counsel, moves this Court for an extension of time to file a second amended petition by 91 days from September 17, 2018 to and including December 17, 2018. Counsel emailed and called Senior Deputy Attorney General Heather D. Proctor to ask whether she objects to this request for an extension. Counsel has not received a response from Ms. Proctor. Ms. Proctor's voicemail message says she is out of the office until September 19, 2018.

Counsel met with Randolph for the first time on August 24, 2018. Through this meeting, counsel learned new information that made her aware that further investigation is necessary before filing a second amended petition. There are also additional records that counsel needs to obtain before filing a second amended petition. Counsel is in the process of obtaining these records and conducting this investigation.

The requested extension is necessary for counsel to complete her review of the case, to obtain records, to complete investigation, and to draft and file the second amended petition. For these reasons, Randolph respectfully asks this Court to grant his request to extend the time for filing a second amended petition by 91 days until December 17, 2018.

---

[1] ECF No. 14.
[2] ECF No. 13.

Dated September 17, 2018.

                                        Respectfully submitted,

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Kimberly Sandberg*
                                        Kimberly Sandberg
                                        Assistant Federal Public Defender

                                        _____
                                        RICHARD F. BOULWARE
                                        United States District Judge

                                        Dated: October 9, 2018.

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Heather Procter

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Roger Randolph
No. 1086077
Lovelock Correctional Center
1200 Prison Rd
Lovelock, NV 89419

*/s/ Adam Dunn*
An Employee of the
Federal Public Defender

4