Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly.Sandberg@fd.org

*Attorney for Petitioner Roger Randolph

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roger Randolph, | |
| Petitioner, | Case No. 2:18-cv-00449-RFB-VCF |
| v. | **Unopposed Motion for extension of time to file second amended petition** |
| Jo Gentry, *et al.*, | |
| Respondents. | **(Third Request)** |

On June 19, 2018, Roger Randolph filed, through counsel, an amended petition for writ of habeas corpus.[1] This Court granted Randolph leave to file a second amended petition.[2] Randolph, by counsel, moves this Court for an extension of time to file a second amended petition by 91 days from December 17, 2018 to and including March 18, 2019. Counsel emailed Senior Deputy Attorney General Heather D. Procter to ask whether she objects to this request for an extension. Ms. Procter responded that she does not object, though this non-objection is not a waiver of any procedural defenses she wishes to raise.

Counsel has hired an expert to evaluate Randolph. Counsel has also ordered Randolph's I-file. Once counsel receives Randolph's I-file (which should be by next week), counsel will be able to complete drafting of the petition.

In addition, Counsel's schedule and circumstances beyond her control have precluded her from meeting the current deadline of March 18, 2019. At the end of February, counsel filed a petition for writ of habeas corpus with AEDPA time, which required investigation. Additionally, counsel filed an opening brief to the Nevada Supreme Court as well as reply brief in the Nevada Supreme Court at the end of February. Counsel is currently drafting time-sensitive (because of a new Supreme Court case) petitions in state court. Counsel also filed an over-sized reply to answer last week. Counsel is also travelling to Reno on March 15, 2019 to meet two new clients. Finally, counsel has been out of the office numerous days in March due to her own and family members' illnesses.

For these reasons, counsel respectfully asks this Court to grant Randolph's request to extend the time for filing an amended petition by 30 days until April 17, 2019.

---

[1] ECF No. 14.
[2] ECF No. 13.

Dated March 18, 2019.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:

IT IS FURTHER ORDERED THAT [18] MOTION to Extend Time (Second Request) to file second amended petition re 13 Order on Motion for Leave to File Document is denied as moot.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of March, 2019.

# Certificate of Service

I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Heather D. Procter

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Roger Randolph
No. 1086077
Lovelock Correctional Center
1200 Prison Rd
Lovelock, NV 89419

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender