Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Roger Randolph

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roger Randolph,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Renee Baker, *et al.*,<br><br>　　　　Respondents. | Case No. 2:18-cv-00449-RFB-VCF<br><br>**Unopposed motion for extension of time to file an opposition to motion to dismiss**<br><br>**(First request)** |

Petitioner Roger Randolph moves this Court for the entry of an order extending the time within which he must file an opposition to motion to dismiss by 45 days from July 29, 2022, to and including September 12, 2022.  The State, by Senior Deputy Attorney General Erica Berrett, does not object to this request.

This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Randolph.

Respondents filed a renewed motion to dismiss Randolph's second amended petition on June 15, 2022.[1]

Counsel's schedule and circumstances beyond her control have prevented her from drafting Randolph's opposition to motion to dismiss by July 29, 2022.  Counsel was out of the office from June 17—June 26, 2022.  Counsel also travelled to Houston, TX on July 12, 2022, for a client interview on a § 2255 case, and will travel to Carson City from July 26-27, 2022 for a parole hearing.  Counsel is also taking annual leave from July 28—August 3, 2022.  In addition, counsel has had the following deadlines and filings: (1) a response to opposition to motion to file a second amended petition in *Allen v. Garrett*, case no: 3:22-cv-00176-ART-CSD on June 27, 2022; (2) motion to stay in *Coca v. Baker*, 2:20-cv-01494-KJD-DJA on July 15, 2022; (3) motion to compel discovery and motion for deposition in the Eighth Judicial District Court in *Ford v. State* on July 21, 2022; (4) reply to State's post-hearing brief in the Second Judicial District Court in *Voss v. State* on July 22, 2022; (5) opposition to motion to dismiss in *Eubanks v. Baker*, case no: 3:16-cv-00336-MMD-CSD on July 22, 2022; (6) motion to stay in *Guevara-Pontifies v. Baker*, case no: 3:20-cv-00652-ART-CSD, on July 22, 2022.

---

[1] ECF No. 62.

For these reasons, counsel respectfully asks this Court to grant Randolph's request to extend the time for filing an opposition to motion to dismiss by 45 days until September 12, 2022.

Dated July 25, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of July, 2022.

3