1   Rene L. Valladares
    Federal Public Defender
2   Nevada State Bar No. 11479
    *Kimberly Sandberg
3   Assistant Federal Public Defender
4   New York State Bar No. 5152863
    411 E. Bonneville Ave., Ste. 250
5   Las Vegas, Nevada 89101
    (702) 388-6577
6   Kimberly_Sandberg@fd.org

7

8   *Attorney for Petitioner Roger Randolph

9

10              UNITED STATES DISTRICT COURT
11                 DISTRICT OF NEVADA

12  Roger Randolph,

13          Petitioner,                    Case No. 2:18-cv-00449-RFB-VCF

14      v.                                 **Unopposed motion for extension of
                                           time to file an opposition to motion
15  Renee Baker, *et al.*,                 to dismiss**

16          Respondents.                   **(SECOND REQUEST)**

17

18

19

20

21

22

23

24

25

26

27

1    Petitioner Roger Randolph moves this Court for the entry of an order

2 extending the time within which he must file an opposition to motion to dismiss by

3 60 days from September 12, 2022, to and including November 11, 2022.  The State,

4 by Senior Deputy Attorney General Erica Berrett, does not object to this request.

5    This motion is not filed for the purposes of delay but in the interests of

6 justice, as well as in the interests of Randolph.

7    Respondents filed a renewed motion to dismiss Randolph's second amended

8 petition on June 15, 2022.[1]

9    Counsel's schedule and circumstances beyond her control have prevented her

10 from drafting Randolph's opposition to motion to dismiss by September 12, 2022.

11 Counsel travelled to Carson City from July 26-July 27 for a parole hearing.  Counsel

12 was out of the office on annual leave from July 28th to August 2nd, and August 4th to

13 August 6th.  In addition, counsel has had the following deadlines and filings: (1) a

14 motion to stay in *Pritchett v. Gentry*, case no: 2:17-cv-01694-JAD-DJA on August 9,

15 2022; (2) a motion to stay in *Hawkins v. Johnson*, case no: 2:20-cv-01852-JAD-VCF

16 on August 17, 2022; (3) a state petition in *Coca v. State* in the Fourth Judicial

17 District Court on August 19, 2022; (4) an opposition to motion to dismiss in *Allen v.*

18 *Gittere*, case no: 3:21-cv-00141-ART-CSD on August 22, 2022;  (5) a certificate of

19 appealability in *Garza v. Hutchings*, case no: 22-16082 on August 23, 2022; (6) a

20 reply brief to the Ninth Circuit in *Kelsey v. Baker*, case no: 22-15557 on August 29,

21 2022; a (7) a supplemental reply to supplemental answer in *Marks v. Johnson*, case

22 no: 2:17-cv-01413-JCM-BNW on September 1, 2022; (8) an opposition to motion to

23 dismiss in *Wolff v. Williams*, case no: 2:20-cv-00494-JAD-EJY on September 8, 2022.

24

25

26

27
       [1] ECF No. 62.

2

1    In addition, an attorney who is new to the Federal Public Defender Office will

2  be entering a notice of appearance in Randolph's case.  She will need time to review

3  Randolph's case before working on the opposition to motion to dismiss.

4    For these reasons, counsel respectfully asks this Court to grant Randolph's

5  request to extend the time for filing an opposition to motion to dismiss by 60 days

6  until November 11, 2022.

7

8

9    Dated September 12, 2022.

10

Respectfully submitted,

11

12  Rene L. Valladares
Federal Public Defender

13

14  */s/ Kimberly Sandberg*

15  Kimberly Sandberg
Assistant Federal Public Defender

16

IT IS SO ORDERED:

17

18

19  RICHARD E. BOULWARE, II
**United States District Court**

20  DATED this 13th day of September, 2022.

21

22

23

24

25

26

27

3