UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROGER RANDOLPH,<br><br>　　　　　Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-00449-RFB-VCF<br><br>**Order Granting Extension to Reply in Support of Motion to Dismiss to February 27, 2023**<br><br>**(ECF No. 71)** |

　　　　Respondents seek a 45-day extension of time to reply to habeas petitioner Roger Randolph's opposition to the motion to dismiss. (ECF No. 71.) While the court finds good cause to grant an extension, it does not find that such a long extension is warranted. The court is also highly unlikely to grant any further extension absent extraordinary circumstances.

　　　　**IT IS THEREFORE ORDERED** that respondents' unopposed second motion for extension of time to file a reply to the opposition to the motion to dismiss (ECF No. 71) is **GRANTED. The deadline to file a reply is extended to February 27, 2023.**

　　　　DATED: 20 January 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1