# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROGER RANDOLPH,<br><br>    Petitioner<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No.: 2:18-cv-00449-RFB-VCF<br><br>**Order Granting Extension of Time to Answer Petition to September 18, 2023**<br><br>(ECF Nos. 77, 78) |

Respondents move the court for an extension of time to file their answer to 28 U.S.C. § 2254 habeas corpus petitioner Roger Randolph's remaining claims. Good cause appearing,

IT IS ORDERED that respondents' unopposed second and third motions for extension of time to file an answer to the remaining claims **(ECF Nos. 77, 78) are both GRANTED** *nunc pro tunc*. **The deadline to file the answer is extended to September 18, 2023.**

DATED: 29 August 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE