**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER RANDOLPH, | Case No.: 2:18-cv-00449-RFB-VCF |
| Petitioner | **Order Granting Extension of Time to Reply in Support of Petition to January 16, 2024** |
| v. | |
| RENEE BAKER, et al., | (ECF No. 81) |
| Respondents. | |

Roger Randolph asks the court for an extension of time to file his reply to the answer to his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 81. Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply to the answer (ECF No. 81) is **GRANTED.** The deadline to file the reply is extended to **January 16, 2024.**

DATED: November 2, 2023.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**