Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Shelly Richter
Assistant Federal Public Defender
California State Bar No. 343104
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Shelly_Richter@fd.org

*Attorney for Petitioner Roger Randolph

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roger Randolph,<br><br>      Petitioner,<br><br>   v.<br><br>Renee Baker, et al.,<br><br>      Respondents. | Case No. 2:18-cv-00449-RFB-VCF<br><br>**Order** |

Upon review of the record filed for this habeas matter and petitioner's unopposed motion, the Court notes the parties omitted the sealed hearing transcript for the state district court's *Young v. State*, 102 P.3d 572 (Nev. 2004) hearing. ECF No. 80 at 13 n.2; Rules Governing Section 2254 Cases, Rule 7; *Nasby v. McDaniel*, 853 F.3d 1049, 1052-54 (9th Cir. 2017) (remanding to the district court with instructions to consider the entire state court record).

**IT IS THEREFORE ORDERED:**

1. Within 45 days of the entry of this order, respondents must file with the Court either a supplemental "Exhibit 266," consisting of the February 16 or 17,

1  2011, sealed hearing transcript in petitioner's underlying state-court matter, or a
2  notice indicating the sealed transcript is unavailable.
3      2.   Petitioner will have 10 days after respondents file a response to this
4  order to admit or deny the correctness of respondents' filing.
5      IT IS SO ORDERED.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2024.

2