# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ROGER RANDOLPH, | Case No.: 2:18-cv-00449-RFB-MDC |
|---|---|
| Petitioner | **Order Granting Extension of Time to Reply in Support of Petition to March 15, 2024** |
| v. | |
| RENEE BAKER, et al., | (ECF No. 86) |
| Respondents. | |

Roger Randolph asks the court for an extension of time to file his reply to the answer to his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 86. Good cause appearing,

IT IS ORDERED that petitioner's unopposed second motion for extension of time to file a reply to the answer **(ECF No. 86) is GRANTED** nunc pro tunc. **The deadline to file the reply is extended to March 15, 2024.**

DATED: January 19, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE