**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROGER RANDOLPH, | Case No.: 2:18-cv-00449-RFB-MDC |
| Petitioner | **Order Granting Extension of Time to Respond to Motion for Evidentiary Hearing to April 12, 2024** |
| v. | |
| RENEE BAKER, et al., | (ECF No. 94) |
| Respondents. | |

Respondents ask the court for an extension of time to respond to 28 U.S.C. § 2254 habeas corpus petitioner Roger Randolph's motion for evidentiary hearing (ECF No. 94). Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a response to the motion for evidentiary hearing **(ECF No. 94) is GRANTED**. **The deadline to file the response is extended to April 12, 2024.**

DATED: <u>March 25, 2024</u>

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**